# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Kenneth Smith,
       Plaintiff(s),

v.                                           Case No. 1:19-cv-52
                                                      (Consent Case ; Litkovitz, M.J.)

Duke Energy Business Services LLC,
       Defendant(s).

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.  The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date __6/4/2020_____                           _Karen L. Litkovitz_____
awh     June 4, 2020                                    KAREN L. LITKOVITZ
                                                   United States Magistrate Judge